**Electronically Filed**
**Supreme Court**
**SCWC-12-0000870**
**24-APR-2013**
**02:58 PM**

SCWC-12-0000870

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

ASSOCIATION OF CONDOMINIUM HOMEOWNERS OF TROPICS AT WAIKELE,
by its Board of Directors, Respondent/Plaintiff-Appellee,

vs.

PATSY NAOMI SAKUMA, Petitioner/Defendant-Appellant,

and

FIRST HAWAIIAN BANK, a Hawai‘i corporation; and
WAIKELE COMMUNITY ASSOCIATION, a Hawai‘i nonprofit
corporation, Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000870; CIV. NO. 07-1-1487)

ORDER ACCEPTING AMENDED APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, McKenna and Pollack, JJ.,
and Circuit Judge Kubo, in place of Recktenwald, C.J., recused,
with Nakayama, Acting C.J., dissenting)

Petitioner/defendant-appellant Patsy N. Sakuma's

amended application for writ of certiorari, which was filed on

March 20, 2013,[1] is hereby accepted.

---

[1]  The original application for writ of certiorari, which was fourteen pages long exclusive of the appendices, was received on March 11, 2013, and filed on March 15, 2013.  Petitioner thereafter moved to file a "conforming application" that was twelve pages long exclusive of the appendices.  By order entered on April 2, 2013, the court granted petitioner's motion and accepted for consideration the document entitled "Petitioner Pro Se Patsy N. Sakuma's 'Amended' Application for Writ of Certiorari from the January 11, 2013 Order Dismissing Appeal for Lack of Jurisdiction", including the attached appendices, which was filed on March 20, 2013.

No oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, April 24, 2013.

Patsy N. Sakuma,
pro se petitioner

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Edward H. Kubo, Jr.

